UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KIMBERLY MARIE TUCKER,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security<br>Administration,<br><br>Defendant. | CV–16-132-BLG-SPW<br><br><br><br>ORDER |

Plaintiff Kimberly Marie Tucker, by and through her attorney, John E. Seidlitz, Jr., moves under the Equal Access to Justice Act, 28 U.S.C. §2412(d), for attorney fees incurred in prosecuting her Social Security appeal. She requests $7,022.72 in fees. Defendant Commissioner of Social Security has agreed to Tucker's application for fees request.

Upon stipulated motion for fees under the Equal Access to Justice Act (Doc. 19), and for good cause showing,

IT IS HEREBY ORDERED that Tucker's Application for Award of EAJA Fees is GRANTED. Tucker shall recover from the Commissioner $7,022.72 in fees.

DATED this 4th day of January 2018.

1

SUSAN P. WATTERS
U.S. District Court Judge